364

## SMITH v. STATE.
No. 22513.

Court of Criminal Appeals of Texas.
May 19, 1943.

Al H. Mayfield, of Anderson, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a three-year penitentiary sentence on a charge of cattle theft.

The record is before us without bills of exception and without statement of facts. The procedure appears to be regular. There is no question presented for our consideration.

The judgment of the trial court is affirmed.